

# COURT OF APPEALS

THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE          JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

March 12, 2015

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-09-00417-CV
        Trial Court Case Number:     D-1-GN-08-001213

Style:     Public Utility Commission of Texas; Luminant Energy Company LLC f/k/a TXU
        Portfolio Management Company LP; and Luminant Generation Company LLC f/k/a
        TXU Generation Company LP, et al.
        v. Constellation Energy Commodities Group, Inc.

Dear Honorable Velva L. Price:

The Third Court of Appeals has issued the mandate in this cause. Therefore, I am returning the following original exhibits:

Joint Exhibit 1 (administrative record).

Very truly yours,

Jeffrey D. Kyle, Clerk

Filed in The District Court
of Travis County, Texas

MAR 1 2 2015

At_____M.
Velva L. Price, District Clerk